UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LYNNETTE TATUM-RIOS, *individually and on behalf*  :
*of all other persons similarly situated*,  :
:
                        Plaintiff,  :        22-CV-2545 (JMF)
:
      -v-  :        <u>ORDER</u>
:
MYCRO, LLC d/b/a MYCRO,  :
:
                        Defendant.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 30, 2022, Order, ECF No. 5, Plaintiff was required to file a letter, the contents of which are described therein, no later than 100 days from the date of that Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **July 19, 2022**.

      SO ORDERED.

Dated: July 12, 2022
       New York, New York
                                                                JESSE M. FURMAN
                                                 United States District Judge