UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYCRO, LLC,<br><br>Defendant. | ECF CASE<br><br>No.: 1:22-cv-02545 (JMC) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: July 29, 2022
New York, New York

s/ Christopher H. Lowe
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

August 1, 2022